## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

NILSA LOPEZ,

        Respondent

        v.

CITYWIDE COMMUNITY COUNSELING SERVICES, INC., MIGUEL PEGUERO, ANA JIMENEZ AND MODESTA MOLINA, PH.D.,

        Petitioners

: No. 498 EAL 2016
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 3rd day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.